~~UNITED STATES DISTRICT COURT~~
~~EASTERN~~ DISTRICT OF ~~TEXAS~~ OREGON
~~FT. WORTH DIVISION~~
DISTRICT OF OREGON

Gary Odom;
Ray Southwell, Movant;
Norman Olson, Movant;
Jonathan Lee Riches, Movant,
Plaintiffs
v.
Microsoft Corp.
Defendants

6:08-CV-331

C9-230 MC

Motion For Reconsideration, En Banc
Motion to Intervene as Plaintiffs under rule 24(A)2, 24(B)

Comes Now, Ray Southwell; Norman Olson; and Jonathan Lee Riches with newly discovered evidence in this case moves to intervene with documents, exhibits, photo's, emails, and harddrive records under Fed. R. Civ. P rule 24(A)2 - as a unconditional matter of right, <u>Zuber v. Allen</u> - under rule 24(B) - permissive Intervention, <u>Nevilles v. EEOC</u>. We move for a motion for reconsideration, We support the Plaintiffs claims against Microsoft. Our Intervention brings Questions of Laws and Facts that are common in this Action against the Microsoft corp. Movants can be reached or contacted at the below addresses.

Movants pray this court will grant their motions for relief.

Ray Southwell  /s/ Ray Southwell 4-13-09
Norman Olson   /s/ 4-13-09

55 West 39th St.
New York, NY 10018
202-456-1414

/s/
4-23-09
Jonathan Lee Riches
#40948018
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512

859-255-6812