IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**GARY ODOM,** an Oregon resident,

   Plaintiff and Counterclaim- Defendant,

vs.

**MICROSOFT CORPORATION,** a Washington corporation,

   Defendant and Counterclaim-Plaintiff.    /

Civil Action No. 3:09-cv-00230-MO

**JOINT ALTERNATE DISPUTE RESOLUTION REPORT**

   Pursuant to LR 16.4(d), the parties to all cases, unless exempt, are required to confer regarding ADR and file this report within one-hundred fifty (150) days of the initiation of a lawsuit. This report is submitted in compliance with LR 16.4(d).

1. Have counsel held settlement discussions with their clients and the opposing party?

    ✓ Yes _____ No

    If not, provide an explanation:

2. The parties propose: (*check one of the following*)

    ✓ (a) Referring this case to a neutral of their choice for ADR not sponsored by the court.

    The parties have agreed to mediation with Ed Infante of JAMS in San Francisco on October 27, 2009.

    ____(b)    That the court refer this case to a court sponsored mediation using a volunteer mediator (See Local Rule 16.4 for limitation on court sponsored mediation program). The parties seek a volunteer mediator because:

     (c)      ADR may be helpful at a later date following completion of:

     (d)      The parties believe the court would be of assistance in preparing for ADR by:

     (e)      The parties do not believe that any form of ADR will assist in the resolution of this case.

     (f)      Other:

DATED: July 27, 2009

By: /s/Edward W. Goldstein
Plaintiff's Attorney

By: /s/ Joseph A. Micallef
Defendant's Attorney