**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

**Edward W. Goldstein** (Appearing *pro hac vice*)
Email egoldstein@gfpiplaw.com
**Corby R. Vowell** (Appearing *pro hac vice*)
Email cvowell@gfpiplaw.com
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713.877.1515
Fax 713.877.1145

Attorneys for Plaintiff Gary Odom

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| GARY ODOM<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>  vs.<br><br>MICROSOFT CORPORATION<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 3:09-CV-230-MO<br><br>**PLAINTIFF GARY ODOM'S MOTION FOR RECONSIDERATION OF THE COURT'S ADOPTED CLAIM CONSTRUCTION** |

**PLAINTIFF GARY ODOM'S MOTION FOR RECONSIDERATION OF THE
<u>COURT'S ADOPTED CLAIM CONSTRUCTION</u>**

In response to the Court's September 21, 2009 adoption of certain claim constructions

(Doc. No. 90), plaintiff Gary Odom ("Plaintiff") respectfully requests that this Court reconsider

**PLAINTIFF GARY ODOM'S MOTION FOR RECONSIDERATION OF THE COURT'S ADOPTED CLAIM CONSTRUCTION**
**CASE NO. 3:09-CV-230-MO**

1

its constructions with respect to the terms "toolbar", "tool group" and "tool". In support of its request, Plaintiff respectfully submits this Motion for Reconsideration and its supporting Memorandum, and further incorporates by reference the arguments made in its Opening and Responsive Claim Construction Briefing, and in the September 21, 2009 *Markman* hearing, to the extent they are not specifically incorporated in the Memorandum.

| | |
|---|---|
| Dated: **October 6, 2009** | /s/ Edward W. Goldstein |
| | Edward W. Goldstein (Appearing *Pro Hac Vice*) |
| | Corby R. Vowell (Appearing *Pro Hac Vice*) |
| | **Goldstein, Faucett & Prebeg, L.L.P.** |
| | 1177 West Loop South, Suite 400 |
| | Houston, TX 77027 |
| | Telephone 713.877.1515 |
| | Facsimile 713.877.1145 |
| | Email: egoldstein@gfpiplaw.com |
| | Email: cvowell@gfpiplaw.com |
| | |
| | Johnathan E. Mansfield |
| | **Schwabe, Williamson & Wyatt, P.C.** |
| | Pacwest Center |
| | 1211 SW 5th Ave., Suite 1900 |
| | Portland, OR 97204 |
| | Telephone: 503.222.9981 |
| | Facsimile: 503.796.2900 |
| | Email: jmansfield@schwabe.com |