**William A. Birdwell, OSB #730298**
billbirdwell@dwt.com
**Robert D. Newell, OSB #790917**
bobnewell@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

**Joseph A. Micallef,** (Appearing *pro hac vice)*
joseph.micallef@aporter.com
**Matthew N. Bathon,** (Appearing *pro hac vice*)
matthew.bathon@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant Microsoft Corporation

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| GARY ODOM<br><br>    Plaintiff,<br>vs.<br><br>MICROSOFT CORPORATION<br><br>    Defendant. | Case No. 3:09-CV-230-MO<br><br>**AGREED MOTION TO EXTEND CERTAIN DATES IN THE DISCOVERY AND PRETRIAL SCHEDULE** |

AGREED MOTION TO EXTEND CERTAIN DATES IN THE
DISCOVERY AND PRETRIAL SCHEDULE

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

DWT 13486458v1 0025936-000889

Plaintiff Gary Odom and Defendant Microsoft Corporation jointly move the Court to extend certain dates in the Agreed Discovery and Pretrial Schedule, which was entered by the Court on April 1, 2009 (Dkt. No. 69).  To enable the parties to complete fact and expert discovery in this case, the parties seek the following brief extensions of time, which will not impact the date for filing dispositive motions (January 8, 2010) or any dates subsequent to the filing of dispositive motions.  The parties' requested extensions do not alter the due dates for any filings with the Court or any scheduled hearings before the Court.

The table below sets forth the current schedule as well as the parties' proposed new dates.

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Close of fact discovery | October 23, 2009 | November 13, 2009 |
| Opening expert reports on issues for which that party bears the burden of proof | November 6, 2009 | November 20,2009 |
| Responsive expert reports and opening report by Plaintiff on secondary considerations of non-obviousness, if any | November 20, 2009 | December 4, 2009 |
| Responsive report by Defendant on secondary considerations of non-obviousness | December 4, 2009 | December 11, 2009 |
| Expert discovery to be completed | December 18, 2009 | December 23, 2009 |
| Dispositive motions due | January 8, 2010 | January 8, 2010 |

- 2 -

AGREED MOTION TO EXTEND CERTAIN DATES IN THE
DISCOVERY AND PRETRIAL SCHEDULE

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

DWT 13486458v1 0025936-000889

| | |
|---|---|
| Dated: October 20, 2009 | **DAVIS WRIGHT TREMAINE LLP** |

*s/ Robert D. Newell*
Robert D. Newell, OSB #790917
Email: bobnewell@dwt.com
William A. Birdwell, OSB #730298
Email: billbirdwell@dwt.com
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

**ARNOLD & PORTER LLP**

Joseph A. Micallef, (Appearing *pro hac vice)*
Matthew N. Bathon, (Appearing *pro hac vice*)
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant Microsoft Corporation

**GOLDSTEIN, FAUCETT & PREBEG, L.L.P.**

*s/ Corby R. Vowell*
Edward W. Goldstein, (Appearing *pro hac vice)*
Email: egoldstein@gfpiplaw.com
Corby R. Vowell, (Appearing *pro hac vice*)
Email: cvowell@gfpiplaw.com
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone: (713) 877-1515
Facsimile: (713) 877-1145

- 3 -

**SCHWABE, WILLIAMSON & WYATT, P.C.**

Johnathan E. Mansfield, OSB #055390
Email: jmansfield@schwabe.com
PacWest Center
1211 SW Fifth Ave., Suite 1900
Portland, OR 97204
Telephone: (503) 222-9981
Facsimile:  (503) 796-2900

Attorneys for Plaintiff Gary Odom

- 4 -

AGREED MOTION TO EXTEND CERTAIN DATES IN THE
DISCOVERY AND PRETRIAL SCHEDULE

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

DWT 13486458v1 0025936-000889