**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

**Edward W. Goldstein** (Appearing *pro hac vice*)
Email egoldstein@gfpiplaw.com
**Corby R. Vowell** (Appearing *pro hac vice*)
Email cvowell@gfpiplaw.com
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713.877.1515
Fax 713.877.1145

Attorneys for Plaintiff Gary Odom

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| GARY ODOM<br><br>           Plaintiff and Counterclaim-Defendant,<br><br>   vs.<br><br>MICROSOFT CORPORATION<br><br>           Defendant and Counterclaim Plaintiff. | Case No. 3:09-CV-230-MO<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFF GARY ODOM'S EMERGENCY MOTION FOR EXTENSION** |

Plaintiff Gary Odom ("Odom") hereby moves the Court to extend certain deadlines in the case due to the withdrawal of counsel, and respectfully shows the following:

Plaintiff has been represented in this litigation by lead counsel, Ed Goldstein with the law firm of Goldstein, Faucett & Prebeg, and local counsel, John Mansfield with Schwabe, Williamson & Wyatt. Both lead and local counsel for Odom have given him notice of their intent to withdraw from this case. Accordingly, both firms will be filing a Motion to Withdraw in the next few days.

There are certain critical deadlines in the litigation that will be occurring in the next few days and over the next month. In particular, the exchange of expert reports and the filing and responses to dispositive motions are imminent. Odom seeks a 60-day extension of the expert report and dispositive motion deadlines in order to engage new counsel. Plaintiff does not seek this extension to delay the case, but instead to obtain new counsel and have them meaningfully involved in these critical aspects of the case. The table below sets out the current schedule and Odom's proposed date for the deadlines that Odom seeks to extend through this Motion.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening expert reports by the party that bears the burden of proof | November 20, 2009 | January 19, 2010 |
| Opening report by Plaintiff on secondary considerations of non-obviousness | December 4, 2009 | February 3, 2010 |
| Responsive expert reports | December 4, 2009 | February 3, 2010 |
| Responsive reports by Defendant on secondary considerations of non-obviousness | December 11, 2009 | February 10, 2009 |
| Expert discovery cutoff | December 23, 2009 | February 22, 2010 |
| Dispositive motions deadline | January 8, 2010 | March 8, 2010 |

| Replies to dispositive motions | February 5, 2010 | April 5, 2010 |

Plaintiff's proposed extension will not disrupt the current trial setting or the pretrial deadlines. Currently, the joint pretrial order is due on July 2, 2010, and trial is set for August 2, 2010.

Accordingly, Plaintiff respectfully requests that the Court grant a 60-day extension of the deadlines as set forth above to allow time for Odom to engage new counsel.

Dated: November 18, 2009

/s/ Edward W. Goldstein
Edward W. Goldstein (Appearing *Pro Hac Vice*)
Corby R. Vowell (Appearing *Pro Hac Vice*)
**Goldstein, Faucett & Prebeg, L.L.P.**
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713.877.1515
Facsimile 713.877.1145
Email: egoldstein@gfpiplaw.com
Email: cvowell@gfpiplaw.com

Johnathan E. Mansfield
**Schwabe, Williamson & Wyatt, P.C.**
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900
Email: jmansfield@schwabe.com

Attorneys for Plaintiff Gary Odom

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 18, 2009.  Any other counsel of record will be served by first class U.S. mail.

              /s/ Edward W. Goldstein_____
              Edward W. Goldstein