**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

**Edward W. Goldstein** (Appearing *pro hac vice*)
Email egoldstein@gfpiplaw.com
**Corby R. Vowell** (Appearing *pro hac vice*)
Email cvowell@gfpiplaw.com
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713.877.1515
Fax 713.877.1145

Attorneys for Plaintiff Gary Odom

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GARY ODOM,** an Oregon resident,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>vs.<br><br>**MICROSOFT CORPORATION,** a Washington corporation,<br><br>    Defendant and Counterclaim-Plaintiff. | Civil Action No.3:09-cv-00230-MO<br><br>**MOTION TO WITHDRAW** |

     Pursuant to Local Rule 7.1, Counsel has made a good faith effort to contact Opposing Counsel to find if Defendant is opposed or unopposed to this filing and but have been unable to do so.

MOTION TO WITHDRAW
CASE NO. 3:09-CV-230-MO
1

Plaintiff's counsel, the law firm of Goldstein, Faucett & Prebeg, L.L.P. and Edward W. Goldstein and Corby R. Vowell ("Counsel") respectfully request that this Court allow them to withdraw as counsel for Gary Odom in the above titled action. For the reasons stated in supporting Memorandum, Counsel requests that the Court grant this Motion.

Respectfully submitted,

Dated: November 25, 2009

/s/ Edward W. Goldstein
Edward W. Goldstein (Appearing *Pro Hac Vice*)
Corby R. Vowell (Appearing *Pro Hac Vice*)
**Goldstein, Faucett & Prebeg, L.L.P.**
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713.877.1515
Facsimile 713.877.1145
Email: egoldstein@gfpiplaw.com
Email: cvowell@gfpiplaw.com

Johnathan E. Mansfield
**Schwabe, Williamson & Wyatt, P.C.**
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900
Email: jmansfield@schwabe.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 25, 2009. Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein
Edward W. Goldstein