**Johnathan E. Mansfield, OSB #055390**
Email jmansfield@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

**Edward W. Goldstein** (Appearing *pro hac vice*)
Email egoldstein@gfpiplaw.com
**Corby R. Vowell** (Appearing *pro hac vice*)
Email cvowell@gfpiplaw.com
Goldstein, Faucett & Prebeg, L.L.P.
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713.877.1515
Fax 713.877.1145

Attorneys for Plaintiff Gary Odom

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GARY ODOM,** an Oregon resident,<br><br>       Plaintiff and Counterclaim-<br>       Defendant,<br><br>  vs.<br><br>**MICROSOFT CORPORATION,** a Washington corporation,<br><br>       Defendant and<br>       Counterclaim-Plaintiff. | Civil Action No.3:09-cv-00230-MO<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW** |

Counsel for Plaintiff Gary Odom hereby moves the Court for permission to withdraw

from the above referenced case and respectfully shows the following:

The reason for the withdrawal is a disagreement between Gary Odom and counsel as to

the appropriate course of action that should be taken in this case. Accordingly, counsel for Plaintiff believes they can no longer fully and fairly represent Plaintiff's interests.

Plaintiff was notified by an email and verbally on October 27, 2009 of Counsel's decision to withdraw.

Mr. Odom previously indicated his opposition to Counsel's Withdrawal.

Dated: November 25, 2009

/s/ Edward W. Goldstein
Edward W. Goldstein (Appearing *Pro Hac Vice*)
Corby R. Vowell (Appearing *Pro Hac Vice*)
**Goldstein, Faucett & Prebeg, L.L.P.**
1177 West Loop South, Suite 400
Houston, TX 77027
Telephone 713.877.1515
Facsimile 713.877.1145
Email: egoldstein@gfpiplaw.com
Email: cvowell@gfpiplaw.com

Johnathan E. Mansfield
**Schwabe, Williamson & Wyatt, P.C.**
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Facsimile: 503.796.2900
Email: jmansfield@schwabe.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on November 25, 2009. Any other counsel of record will be served by first class U.S. mail.

/s/ Edward W. Goldstein
Edward W. Goldstein