|  | *PROPOSED* <br> **ECF** <br> **CIVIL MINUTES** | Approved: _____ <br> Modified: _____ <br> Docketed: _____ |
|---|---|---|

**Case No.:** CV 09-230-MO                                **Date of Proceeding:** March 11, 2010

**Case Title:** Odom v. Microsoft

**Presiding Judge:** Michael W. Mosman           **Courtroom Deputy:** Mary Austad

**Court Reporter:** Bonita Shumway

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| Gary Odom, pro se | Joseph Micallef |

**DOCKET ENTRY:**

**MINUTES OF PROCEEDINGS**: Oral Argument held on Mr. Odom's pro se motion to dismiss [119].

Scheduling Order: Defendant will submit rebuttal expert reports by 3/18/2010. Defendant will file dispositive motions by 4/1/2010. Plaintiff's response is due by 5/3/2010. Defendant's reply is due by 5/17/2010.

Order GRANTING plaintiff's oral motion to supplement the record. Order GRANTING plaintiff's oral motion to file the supplemental exhibit under seal. Order GRANTING plaintiff's oral motion to seal the 12/2/2009 transcript [128].

Plaintiff present pro se. Joseph Micallef present as counsel for defendant. Court Reporter: Bonita Shumway. Judge Michael W. Mosman presiding.

**Civil Minutes**
**Prepared March 11, 2010**

**JUDGE MOSMAN**