**William A. Birdwell, OSB #730298**
billbirdwell@dwt.com
**Robert D. Newell, OSB #790917**
bobnewell@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone:     (503) 241-2300
Facsimile:      (503) 778-5299

**Joseph A. Micallef,** (Appearing *pro hac vice)*
joseph.micallef@aporter.com
**Matthew N. Bathon,** (Appearing *pro hac vice*)
matthew.bathon@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant Microsoft Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| GARY ODOM<br><br>        Plaintiff and Counterclaim Defendant,<br><br>vs.<br><br>MICROSOFT CORPORATION<br><br>        Defendant and Counterclaim Plaintiff. | Case No. 3:09-CV-230-MO<br><br>**DECLARATION OF JOSEPH A. MICALLEF IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFF GARY ODOM'S MOTION TO STAY** |

**DECLARATION OF JOSEPH A. MICALLEF IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFF GARY ODOM'S MOTION TO STAY**

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

I, Joseph A. Micallef, under penalty of perjury, declare as follows:

1. I am a partner with the law firm of Arnold & Porter LLP, counsel for Defendant Microsoft Corporation. I make this declaration in support of Defendant Microsoft Corporation's Opposition to Plaintiff Gary Odom's Motion to Stay, which is filed concurrently with this declaration. Unless otherwise stated herein, I have personal knowledge of the facts set forth below and, if called as a witness, could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Odom's March 8, 2009 article entitled "Reexamination."

3. Attached hereto as Exhibit B is a true and correct copy of Odom's February 26, 2009 article entitled "Delay."

4. Attached hereto as Exhibit C is a true and correct copy of Odom's May 10, 2009 article entitled "Stayed."

5. Attached hereto as Exhibit D is a true and correct copy of the October 29, 2009 Order Granting Request for Inter Partes Reexamination issued by the Patent and Trademark Office.

6. Pursuant to 28 U.S.C. (section) 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 16th day of March 2010, at Washington, DC.

_____
Joseph A. Micallef

- 2 -

**DECLARATION OF JOSEPH A. MICALLEF IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFF GARY ODOM'S MOTION TO STAY**

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300