```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF OREGON

 3   GARY ODOM,                      )
                                     )
 4           Plaintiff,              )  No. CV-09-230-MO
                                     )
 5      vs.                          )
                                     )
 6   MICROSOFT CORPORATION,          )
                                     )
 7           Defendant.              )
     _____)
 8                                   )
     GARY ODOM,                      )
 9                                   )
             Plaintiff,              )  No. CV-09-236-MO
10                                   )
        vs.                          )
11                                   )
     AUTODESK, INC., a Delaware      )
12   corporation,                    )  January 4, 2010
                                     )
13           Defendant.              )  Portland, Oregon
     _____)
14

15

16              **Telephone Status Conference**

17                 TRANSCRIPT OF PROCEEDINGS

18          BEFORE THE HONORABLE MICHAEL W. MOSMAN

19             UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25
```

```
 1
 2                            APPEARANCES
 3
 4   FOR THE PLAINTIFF:        Mr. Gary Odom, pro se
                               123 NW 12th Avenue, No. 1545
 5                             Portland, OR 97209
 6
 7
 8   FOR DEFENDANT
     MICROSOFT CORPORATION:    Mr. Joseph A. Micallef
 9                             Mr. Matthew Bathon
                               Arnold & Porter, LLP
10                             555 Twelfth Street, NW
                               Washington, DC 20008
11
12                             Mr. Robert D. Newell
                               Davis Wright Tremaine, LLP
13                             1300 S.W. Fifth Avenue, Suite 2300
                               Portland, OR 97201
14
15
16   FOR DEFENDANT AUTODESK:   Mr. Joel M. Freed
                               McDermott Will & Emery, LLP
17                             600 13th Street, NW
                               Washington, DC 20005-3096
18
19                             Mr. Michael E. Farnell
                               Parsons Farnell & Grein, LLP
20                             1030 S.W. Morrison
                               Portland, OR 97205
21
22
23   COURT REPORTER:           Bonita J. Shumway, CSR, RMR, CRR
                               United States District Courthouse
24                             1000 S.W. Third Ave., Room 301
                               Portland, OR  97204
25                             (503) 326-8188
```

```
 1                    (P R O C E E D I N G S)
 2            THE CLERK:  Mr. Odom.
 3            MR. ODOM:  Yes.
 4            THE CLERK:  Mr. Freed.
 5            MR. FREED:  Yes.
 6            THE CLERK:  Mr. Farnell.
 7            MR. FARNELL:  Yes.
 8            THE CLERK:  Mr. Newell.
 9            MR. NEWELL:  Yes.
10            THE CLERK:  Mr. Micallef.
11            MR. MICALLEF:  Micallef, yes.
12            THE CLERK:  Thank you.
13            This is the time and place set for a telephone
14   status conference in two cases.  The first case is
15   09-CV-230-MO, Odom v. Microsoft Corporation.  The second
16   case is 09-236-MO, Odom v. Autodesk, Inc.
17            We do have a court reporter reporting these
18   proceedings, so we ask that each time you speak, you
19   identify yourself.
20            And counsel, could you please identify yourself
21   for the record.
22            MR. FREED:  Joel Freed for Autodesk.
23            MR. FARNELL:  Mike Farnell for Autodesk.
24            MR. MICALLEF:  Joe Micallef for Microsoft, and
25   with me is Matt Bathon for Microsoft.
```

```
 1            MR. NEWELL:  And Bob Newell for Microsoft.
 2            THE CLERK:  Thank you.
 3            And here is Judge Mosman.
 4            THE COURT:  Mr. Odom, you're on the line also?
 5            MR. ODOM:  Yes, sir.
 6            THE COURT:  When we called at just a minute or two
 7  after 10:00, you weren't ready, apparently in the shower.
 8  Don't let that happen again with a court appearance.  Is
 9  that understood?
10            MR. ODOM:  I apologize.  I was not aware of the
11  10:00 a.m. call.  My apology.
12            THE COURT:  We're here to figure out what to do
13  with the schedule in light of your efforts to obtain
14  replacement counsel.  Can you tell me anything about your
15  progress on that front?
16            MR. ODOM:  Yes.  Mintz Levin -- Paul Hayes is the
17  senior counsel there -- is interested in taking the case.
18  They are in the final stages of securing equity financing
19  funding for a portion of the cost of the case.
20            THE COURT:  What city are they located in?
21            MR. ODOM:  They're in Boston, Massachusetts.  I
22  can give you Paul Hayes' phone number if you'd care to speak
23  with him.  They had -- they had requested to me that they be
24  given additional time to secure the financing, and they will
25  register as soon as possible.
```

```
 1            THE COURT:  Can you tell me anything about the
 2   timetable they think that's on?
 3            MR. ODOM:  They asked me for 30 additional days.
 4            THE COURT:  All right.  Then from Autodesk, what's
 5   your position at this point about the schedule in this case?
 6            MR. FREED:  Well, Your Honor, given the delay
 7   here, we had originally asked for a stay and gave the reason
 8   pending the outcome of the Microsoft case because it may
 9   dispose of many, many of the issues in our case, if not all
10   of them.  And what you had done was put us on a trailer to
11   the Microsoft case, and our position is that we ought to
12   either remain on the trailer or we should have a complete
13   stay instituted, pending the outcome of the Microsoft case.
14            THE COURT:  Thank you.
15            And for Microsoft, your position regarding the
16   schedule in this case?
17            MR. MICALLEF:  Well, Your Honor, I'm not sure too
18   I understand exactly what the position of Mintz Levin is
19   here.  I think I had heard that they had not yet been
20   retained and therefore not entered an appearance and that
21   they're trying to get some financing.  That, of course -- if
22   that's the case, that may never happen.  So I guess our view
23   would be to try to get this case going as soon as possible.
24   I don't mean to suggest that we have to, you know, do it
25   today, but I think leaving it open ended, waiting for
```

1  counsel to obtain some funding from somewhere would seem to
2  be -- well, not very prudent.
3           THE COURT:  I agree.  What are you suggesting we
4  do at this point?
5           MR. MICALLEF:  Well, let's perhaps set a date
6  certain where we can pick up the schedule where we left it
7  off and go from there.  That gives -- certainly would give
8  the plaintiff a chance to finish whatever negotiations he
9  has going on with Mintz Levin and gives Mintz Levin -- well,
10 it certainly sets the ground, sets the -- gives Mintz
11 Levin -- tells Mintz Levin what's going on and exactly what
12 they need to do and when.
13          THE COURT:  I'm going to put you all on hold for
14 just a moment.
15          (There is a pause in the proceedings.)
16          THE COURT:  I'm going to set this for a further
17 status conference on January 26th, at 11:45 here, our local
18 time.  If Mintz Levin is going to be on the case, they need
19 to be on the case by then and make an appearance.
20          If they're on the case before then, then I request
21 that counsel and Microsoft meet and confer prior to the
22 phone conference to establish new deadlines in the case, or
23 I should say at least to recommend new deadlines in the
24 case.  If they're not on the case, we'll hold the status
25 conference on that date and we'll set new dates even without

1  counsel present so that the case will start moving forward,
2  at the latest, January 26th. And, of course, if they're not
3  on the case, I'll still ask you to do what you can to meet
4  and confer regarding the setting of new dates prior to me
5  getting on the phone.
6      But what I'm saying is whether Mintz Levin is on
7  the case or not, we'll meet on the 26th at 11:45 and set a
8  new schedule for this case to keep it moving forward.
9      Now, I will be in trial that date, so we'll only
10 have a brief period of time. So I'm urging you to resolve
11 what you can by way of new dates prior to the phone call
12 starting.
13      Any questions, Mr. Odom?
14      MR. ODOM: No, Your Honor.
15      THE COURT: Any questions from Microsoft?
16      MR. MICALLEF: Yes, Your Honor. One question on
17 the meet and confer either with Mr. Odom or with Mintz
18 Levin, as the case may be, on new dates. Should we assume
19 that the trial date will remain as it is presently
20 scheduled?
21      THE COURT: I think we can still make that happen.
22 It depends on where you think things are with regard to
23 dispositive motions and the backdrop for that by way of
24 experts, but let's work on making that happen so we don't
25 lose that date.

```
 1              MR. MICALLEF:  Sure.
 2              And then the only other question was, I can assume
 3    we'll pick up the schedule where it was stayed at that
 4    point?
 5              THE COURT:  As best we can, yes.
 6              MR. MICALLEF:  Okay.  Thank you, Your Honor.
 7              THE COURT:  From Autodesk, for now I'm going to
 8    continue to set this up as a trailing case.  You don't have
 9    to participate time on the 26th unless you would like to.
10    Do you want to be involved on the 26th?
11              MR. FREED:  Yes, Your Honor.
12              THE COURT:  All right.  Then we'll have you on and
13    we'll just set a trailing schedule for it.
14              So stay in touch with Microsoft.  You can
15    participate or not in the meet and confer so that you can
16    intelligently set up a trailing schedule.
17              MR. FREED:  Thank you, Your Honor.
18              THE COURT:  Any further questions from Autodesk?
19              MR. FREED:  No, Your Honor.
20              THE COURT:  Thank you.  Good day.
21              (Proceedings concluded.)
22
23
24
25
```

1
2                             --o0o--
3
4        I certify, by signing below, that the foregoing is
5   a correct transcript of the record of proceedings in the
6   above-entitled cause.  A transcript without an original
7   signature or conformed signature is not certified.
8
9
    */s/Bonita J. Shumway*                    *3/16/10*
10  _____     _____
    BONITA J. SHUMWAY, CSR, RMR, CRR        DATE
11  Official Court Reporter
12
13
14
15
16
17
18
19
20
21
22
23
24
25