**William A. Birdwell, OSB #730298**
billbirdwell@dwt.com
**Robert D. Newell, OSB #790917**
bobnewell@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone:      (503) 241-2300
Facsimile:      (503) 778-5299

**Joseph A. Micallef,** (Appearing *pro hac vice)*
joseph.micallef@aporter.com
**Matthew N. Bathon,** (Appearing *pro hac vice*)
matthew.bathon@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant and Counterclaim Plaintiff
Microsoft Corporation

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| GARY ODOM | Case No. 3:09-CV-230-MO |
| Plaintiff and Counterclaim Defendant, | **MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICROSOFT CORPORATION | |
| Defendant and Counterclaim Plaintiff. | |

**MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

DWT 14720219v1 0025936-000889

Pursuant to Local Rule 7.1(a), Counsel for Defendant Microsoft Corporation ("Microsoft") hereby certifies that it has conferred with Plaintiff Gary Odom ("Odom") about this motion and that he has represented that he does not oppose it.

Microsoft respectfully moves the Court for an extension of time to file its reply in support of its motion for summary judgment (D.I. 143). On March 11, 2010, the Court entered a scheduling order requiring that Odom file his response to Microsoft's motion for summary judgment on May 3, 2010 (D.I. 132). Odom emailed his responsive papers and exhibits to the Court and counsel for Microsoft on May 3, 2010. Microsoft's reply in support of its motion for summary judgment was to be filed today – May 17, 2010 – and Microsoft was prepared to timely file its response to Odom's papers.

Earlier today, however, the Court directed Odom to electronically file all his previously-filed moving papers and exhibits in opposition to Microsoft's motion by Friday, May 21, 2010 (D.I. 152). From a telephone conversation with the Court's clerk, we understand that it would be desirable if Microsoft were to file its responsive motion papers sometime after Odom's Friday, May 21 filing. Microsoft therefore respectfully moves the Court to extend the time for Microsoft to file its reply to Tuesday, May 25, 2010.

Dated: May 17, 2010

**DAVIS WRIGHT TREMAINE LLP**

s/*Robert D. Newell*
Robert D. Newell, OSB #790917
bobnewell@dwt.com
William A. Birdwell, OSB #730298
billbirdwell@dwt.com
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone:    (503) 241-2300
Facsimile:    (503) 778-5299

- 1 -

**MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300

**ARNOLD & PORTER LLP**
Joseph A. Micallef, (Appearing *pro hac vice)*
joseph.micallef@aporter.com
Matthew N. Bathon, (Appearing *pro hac vice*)
matthew.bathon@aporter.com
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant and Counterclaim
Plaintiff Microsoft Corporation

- 2 -

**MICROSOFT CORPORATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

DWT 14720219v1 0025936-000889