**Gary Odom**
Email: gary@patenthawk.com
123 NW 12th Ave., Suite 1545
Portland, OR 97209
Telephone: 503.922.2433
Facsimile: 985.923.0291

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION | Case No. 3:09-CV-230-MO |
|     Counterclaim Plaintiff, | **COUNTERCLAIM DEFENDANT GARY ODOM'S SUMMARY JUDGMENT MOTION FOR UNFETTERED CLAIMS FOR 7,363,592** |
| vs. | |
| GARY ODOM | |
|     Counterclaim Defendant. | **Oral Argument Requested** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Counterclaim Defendant Gary Odom respectfully motions the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment as a matter of law, that the claims of 7,363,592 are not subject prosecution estoppel, and thereby entitled to application of the doctrine of equivalents.

Further, in consideration of a more fully developed record, Counterclaim Defendant respectfully motions the Court to reconsider its September 21, 2009 adoption of certain claim constructions (Doc. No. 90), particularly the terms "toolbar", "tool group" and "tool."

Counterclaim Defendant respectfully submits this motion with supporting Memorandum, a Concise Statement of Facts, and Exhibits, concurrently filed herewith, and incorporation by reference all antecedent argument by Counterclaim Defendant regarding claim construction. Further pursuance are in the pleadings, records, and files in this action, any further responsive papers that may be filed, and further evidence and argument as may properly be presented by documentation and at any hearing.

Dated: May 3, 2010

_G_____
Gary Odom
123 NW 12th Ave., Suite 1545
Portland, OR 97209
Telephone: 503.922.2433
Facsimile: 985.923.0291
Email: gary@patenthawk.com

1

COUNTERCLAIM DEFENDANT'S SUMMARY JUDGMENT
MOTION FOR UNFETTERED CLAIMS FOR 7,363,592
CASE NO. 3:09-CV-230-MO

GARY ODOM
123 NW 12th Ave · Suite 1545
Portland, OR 97209 · (503) 922-2433