**William A. Birdwell, OSB #730298**
billbirdwell@dwt.com
**Robert D. Newell, OSB #790917**
bobnewell@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone:     (503) 241-2300
Facsimile:       (503) 778-5299

**Joseph A. Micallef,** (Appearing *pro hac vice)*
joseph.micallef@aporter.com
**Matthew N. Bathon,** (Appearing *pro hac vice*)
matthew.bathon@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant and Counterclaim Plaintiff
Microsoft Corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| GARY ODOM<br><br>         Plaintiff and Counterclaim Defendant,<br>   v.<br><br>MICROSOFT CORPORATION<br><br>         Defendant and Counterclaim Plaintiff. | Case No. 3:09-CV-230-MO<br><br>**SUBMISSION RE FINAL JUDGMENT ON ALL ISSUES** |

    Pursuant to the Court's instruction at the July 26, 2010 hearing, Defendant and Counterclaim Plaintiff Microsoft Corporation ("Microsoft") respectfully submits its proposed Final Judgment on All Issues, which is filed contemporaneously herewith.  As directed by the Court, Microsoft's counsel discussed the proposed Final Judgment on All Issues with Plaintiff and Counterclaim Defendant Gary Odom, who stated that he objected to the language

**SUBMISSION RE FINAL JUDGMENT ON ALL ISSUES**            DAVIS WRIGHT TREMAINE LLP
                                                          1300 S.W. Fifth Avenue · Suite 2300
                                                          Portland, Oregon  97201 · (503) 241-2300

EAST: 51485602v3
DWT 15149669v1 0025936-000889

referencing Microsoft's costs and disbursements. Mr. Odom stated that he did not otherwise object to the form of the Final Judgment.

As Microsoft is the "prevailing party" in this action, pursuant to Federal Rule of Civil Procedure 54(d)(1) and LR 54, Microsoft believes it is entitled to its costs and intends to submit its Bill of Costs and supporting documentation upon entry by the Court of the Final Judgment on All Issues.

Dated: August 5, 2010

**DAVIS WRIGHT TREMAINE LLP**

s/*Robert D. Newell*
Robert D. Newell, OSB #790917
bobnewell@dwt.com
William A. Birdwell, OSB #730298
billbirdwell@dwt.com
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone:    (503) 241-2300
Facsimile:    (503) 778-5299

**ARNOLD & PORTER LLP**
Joseph A. Micallef, (Appearing *pro hac vice)*
joseph.micallef@aporter.com
Matthew N. Bathon, (Appearing *pro hac vice*)
matthew.bathon@aporter.com
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant and Counterclaim Plaintiff Microsoft Corporation

SUBMISSION RE FINAL JUDGMENT ON ALL ISSUES

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

EAST: 51485602v3
DWT 15149669v1 0025936-000889