**William A. Birdwell, OSB #730298**
billbirdwell@dwt.com
**Robert D. Newell, OSB #790917**
bobnewell@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone:    (503) 241-2300
Facsimile:    (503) 778-5299

**Joseph A. Micallef,** (Appearing *pro hac vice*)
joseph.micallef@aporter.com
**Matthew N. Bathon,** (Appearing *pro hac vice*)
matthew.bathon@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant and Counterclaim Plaintiff
Microsoft Corporation

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| GARY ODOM,<br><br>    Plaintiff and Counterclaim Defendant,<br>v.<br><br>MICROSOFT CORPORATION<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 3:09-CV-230-MO<br><br>**FINAL JUDGMENT ON ALL ISSUES** |

WHEREAS, the Court, at the request of Plaintiff and Counterclaim Defendant Gary Odom, had previously dismissed without prejudice all of Plaintiff's claims against Defendant and Counterclaim Plaintiff Microsoft Corporation (D.I. 134).

WHEREAS, all pending motions in this case came on for hearing on July 26, 2010, before the Honorable Michael W. Mosman.

1

FINAL JUDGMENT ON ALL ISSUES

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon 97201 · (503) 241-2300

EAST: 51485602v4
DWT 15149682v1 0025936-000889

WHEREAS, the Court considered the written submissions of the parties and the arguments presented at the hearing and, for all of the reasons stated at the hearing, granted Defendant's Motion for Summary Judgment (D.I. 143) as to (1) non-infringement of claims 8, 10, and 14 of U.S. Patent No. 7,363,592 ("the '592 Patent") and (2) invalidity of claims 8, 10, and 14 of the '592 Patent as obvious pursuant to 35 U.S.C. § 103. *See* D. I. 204.

WHEREAS, the Court denied all other pending motions.

Based on the foregoing, Defendant and Counterclaim Plaintiff Microsoft Corporation shall have judgment against Plaintiff and Counterclaim Defendant Gary Odom on Microsoft's counterclaims and for its costs and disbursements incurred herein. It is accordingly ordered and adjudged that:

(1) claims 8, 10, and 14 of U.S. Patent No. 7,363,592 are not infringed by Defendant and Counterclaim Plaintiff Microsoft Corporation, and

(2) claims 8, 10, and 14 of t U.S. Patent No. 7,363,592 are invalid for obviousness pursuant to 35 U.S.C. § 103.

IT IS SO ORDERED this ___7th___ day of ___Sep.___, 2010.

_____
HON. MICHAEL W. MOSMAN
United States District Judge

Presented by:

**DAVIS WRIGHT TREMAINE LLP**
Robert D. Newell, OSB #790917
bobnewell@dwt.com
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

FINAL JUDGMENT ON ALL ISSUES

EAST: 51485602v4
DWT 15149682v1 0025936-000889

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

**ARNOLD & PORTER LLP**
Joseph A. Micallef, (Appearing *pro hac vice)*
joseph.micallef@aporter.com
Matthew N. Bathon, (Appearing *pro hac vice*)
matthew.bathon@aporter.com
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant and Counterclaim Plaintiff Microsoft Corporation

3

FINAL JUDGMENT ON ALL ISSUES

EAST: 51485602v4
DWT 15149682v1 0025936-000889

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300