**William A. Birdwell, OSB #730298**
billbirdwell@dwt.com
**Robert D. Newell, OSB #790917**
bobnewell@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201
Telephone:     (503) 241-2300
Facsimile:     (503) 778-5299

**Joseph A. Micallef,** (Appearing *pro hac vice)*
joseph.micallef@aporter.com
**Matthew N. Bathon,** (Appearing *pro hac vice*)
matthew.bathon@aporter.com
**ARNOLD & PORTER LLP**
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant and Counterclaim Plaintiff
Microsoft Corporation

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| GARY ODOM<br><br>    Plaintiff and Counterclaim Defendant,<br>v.<br><br>MICROSOFT CORPORATION<br><br>    Defendant and Counterclaim Plaintiff. | Case No. 3:09-CV-230-MO<br><br>**MICROSOFT CORPORATION'S COST BILL** |

The Court granted summary judgment of non-infringement and invalidity of the asserted claims of the patent-in-suit in favor of Defendant and Counterclaim Plaintiff Microsoft Corporation ("Microsoft") and against Plaintiff and Counterclaim Defendant Gary Odom ("Odom") (D.I. 204), thus resolving all issues in the case.

1

**MICROSOFT CORPORATION'S COST BILL**

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

EAST: 51485602v3
DWT 15477080v1 0025936-000889

The Court entered Final Judgment on All Issues on September 8, 2010 (D.I. 211). Microsoft hereby moves for its costs reasonably incurred in defending this action pursuant to 28 U.S.C. §§ 1920 and 1923, Fed. R. Civ. P. 54(d)(1), and LR 54-1.  This cost bill is supported by the Declaration of Joseph A. Micallef filed concurrently herewith.

The following charges were reasonable and necessary and were incurred as a result of defending this action:

| | | Date | Amount |
|---|---|---|---|
| 1. | **Deposition Court Reporter and Transcript Fees** | | |
| | Deponent:  Gary Odom (court reporter and videographer services) | October 7, 2009<br>November 12, 2009 | $4274.95<br>$2681.00 |
| | Deponent:  John Vandenberg (court reporter services) | October 8, 2009 | $791.72 |
| | Deponents:  Christopher Bryant and William Harmon (court reporter services) | October 9, 2009 | $1,438.41 |
| | Deponent:  Jensen Harris (court reporter services) | November 4, 2009 | $1,222.66 |
| | Transcript from claim construction hearing | September 21, 2009 | $598.00 |
| | | | |
| 2. | **Docket Fees Pursuant to 28 U.S.C. § 1923** | | |
| | Docket fee on final hearing | | $20.00 |
| | | | |
| | **Total Disbursements** | | $11,026.74 |

Dated:  September 16, 2010         **DAVIS WRIGHT TREMAINE LLP**

                                   s / *Robert D. Newell*
                                   Robert D. Newell, OSB #790917
                                   bobnewell@dwt.com
                                   William A. Birdwell, OSB #730298
                                   billbirdwell@dwt.com
                                   1300 SW Fifth Avenue, Suite 2300
                                   Portland, OR 97201
                                   Telephone:    (503) 241-2300

**MICROSOFT CORPORATION'S COST BILL**                DAVIS WRIGHT TREMAINE LLP
                                                     1300 S.W. Fifth Avenue · Suite 2300
                                                     Portland, Oregon  97201 · (503) 241-2300

EAST: 51485602v3
DWT 15477080v1 0025936-000889

**ARNOLD & PORTER LLP**
Joseph A. Micallef, (Appearing *pro hac vice*)
joseph.micallef@aporter.com
Matthew N. Bathon, (Appearing *pro hac vice*)
matthew.bathon@aporter.com
555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

Attorneys for Defendant and Counterclaim Plaintiff
Microsoft Corporation

3

**MICROSOFT CORPORATION'S COST BILL**

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue · Suite 2300
Portland, Oregon  97201 · (503) 241-2300

EAST: 51485602v3
DWT 15477080v1 0025936-000889