**Gary Odom**
Email: gary@patenthawk.com
123 NW 12th Ave., Suite 1545
Portland, OR 97209
Telephone: 503.922.2433
Facsimile: 985.923.0291

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION<br><br>      Counterclaim Plaintiff,<br>vs.<br><br>GARY ODOM<br><br>      Counterclaim Defendant. | Case No. 3:09-CV-230-MO<br><br>**OBJECTION TO MICROSOFT'S COST BILL;**<br>**MOTION TO STAY COSTS PENDING APPEAL** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Counterclaim Defendant Gary Odom has no record nor documentation relating to depositions reported by Microsoft as occurring on October 9, 2009 (Christopher Bryant and William Harmon), nor on November 4, 2009 (Jensen Harris). If these occurred, they were done by former counsel without Odom receiving any information whatsoever about them. These foregoing costs are objected to. It is unfair that costs be imposed for supposed events that were pursued by counsel, without Odom's knowledge, the very same counsel that the Court allowed to withdraw over both my objections and Microsoft's objections. If payment is to be made, these costs should be imposed upon Goldstein, Fawcett & Prebeg, Odom's erstwhile counsel.

Further, Counterclaim Defendant Gary Odom motions to stay costs pending appeal to the United States Court of Appeals for the Federal Circuit.

Dated: September 27, 2010

_____
Gary Odom
123 NW 12th Ave., Suite 1545
Portland, OR 97209
Telephone: 503.922.2433
Facsimile: 985.923.0291
Email: gary@patenthawk.com

1

**RESPONSE TO MICROSOFT'S PROPOSED JUDGMENT**
**CASE NO. 3:09-CV-230-MO**

GARY ODOM
123 NW 12th Ave · Suite 1545
Portland, OR 97209 · (503) 922-2433